# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPT. TRAVIS ROBERTS, Arkansas Air National Guard, <br><br> 108197 S. 4803 Rd. <br> Muldrow, OK 74948 <br><br> Plaintiff, <br><br> v. <br><br> HON. JOHN P. ROTH, in his official capacity as Acting Secretary of the United States Air Force; <br><br> 1670 Air Force Pentagon <br> Washington, DC 20330-1670 <br><br> GEN. DANIEL R. HOKANSON, in his official capacity as Chief, National Guard Bureau; <br><br> 1636 Defense Pentagon Ste 1E169 <br> Washington, DC 20301-0001 <br><br> LT. GEN. DOROTHY A. HOGG, in her official capacity as Surgeon General of the United States Air Force; and <br><br> 1780 Air Force Pentagon <br> Washington, DC 20330-1780 <br><br> MAJ. GEN. KENDALL W. PENN, in his official capacity as the Adjutant General, Arkansas National Guard, <br><br> Post Headquarters, Camp Robinson <br> North Little Rock, AR 72199-9600 <br><br> Defendants. | **Civil Action No.:** 1:21-cv-01797 <br><br> **PROPOSED ORDER** |

**THIS MATTER** having come before this Court upon Plaintiff, Captain Travis Roberts' ("Captain Roberts" or "Plaintiff") Application for Temporary Restraining Order and Motion for

Preliminary Injunction against Defendants Honorable John P. Roth, General Daniel R. Hokanson, Lieutenant General Dorothy A. Hogg, and Major General Kendall W. Penn (collectively, "Defendants"); and

**WHEREAS** Captain Roberts alleges that he is a member of the Arkansas Air National Guard – 188th Wing facing imminent discharge.  Captain Roberts alleges that his imminent discharge is due to the determination of the Withdrawal of Federal Recognition Board in early May 2021 that he be honorably discharged for failing to receive required immunizations.  The discharge is imminent, pending only final processing from the U.S. Air Force at its central personnel office at Wright-Patterson Air Force Base, Ohio.  Plaintiff claims that he chooses to reject such required immunizations in accordance with his sincerely held religious beliefs, as such he is entitled to religious accommodations from the Arkansas Air National Guard.  He applied for such accommodations pursuant to the Religious Freedom Restoration Act and subsequent military policies and was denied by Defendants.  Plaintiff therefore requests that this Court issue a temporary restraining order and preliminary injunction enjoining his discharge pending the outcome of his case against Defendants; and

**WHEREAS** "[t]o obtain a preliminary injunction, the moving party must make a clear showing that four factors, taken together, warrant relief: likely success on the merits, likely irreparable harm in the absence of preliminary relief, a balance of the equities in its favor, and accord with the public interest." *See Shawnee Tribe v. Mnuchin*, 984 F.3d 94, 101 (D.C. Cir. 2021) (internal quotations omitted).  A party's likelihood of success on the merits is a strong indicator that a preliminary injunction would serve the public interest [because] there is generally no public interest in the perpetuation of unlawful agency action." *See League of Women Voters of United States v. Newby*, 838 F.3d 1, 12 (D.C. Cir. 2016) (internal quotations omitted); and

**WHEREAS** Plaintiff has demonstrated that the Defendants have likely substantially burdened Captain Roberts' religious exercise, did not pursue a compelling governmental interest through the least restrictive means and therefore has a reasonable probability of success on the merits. Plaintiff has also shown that he will suffer irreparable harm if the requested relief is denied, he will be discharged from the Arkansas Air National Guard preventing him from continuing to develop as a military aviator. The balance of equities is in his favor and the Defendant's actions constitute unlawful agency action and therefore the requested relief would benefit the public interest. For these reasons, this Court will issue a temporary restraining order and preliminary injunction enjoining Defendants from discharging Captain Roberts.

**IT IS THEREFORE ORDERED** that the Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction is **GRANTED.**

**IT IS SO ORDERED.**

_____     _____
Date                              United States District Judge